No. 82–695. FRANCHISE TAX BOARD OF CALIFORNIA *v.* CONSTRUCTION LABORERS VACATION TRUST FOR SOUTH-

ERN CALIFORNIA ET AL. C. A. 9th Cir. [Probable jurisdiction postponed, 459 U. S. 1085.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.